**Electronically Filed
Supreme Court
SCPW-12-0000831
01-APR-2013
10:39 AM**

SCPW-12-0000831

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHAEL C. TIERNEY,
Petitioner,

vs.

TED SAKAI, DIRECTOR OF PUBLIC SAFETY, STATE OF HAWAIʻI,
Respondent.

---

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Michael C. Tierney's motion for reconsideration of the March 13, 2013 order denying his petition for a writ of mandamus, which was electronically filed by the appellate clerk on March 22, 2013,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, April 1, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

